UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1412

CLIFF MORRISS,

Petitioner,

v.

UNITED STATES DEPARTMENT OF LABOR; LG&E POWER SERVICES, LLC,

Respondents.

On Petition for Review of an Order of the Administrative Review
Board.  (05-047)

Submitted:  April 14, 2008            Decided:  May 2, 2008

Before MOTZ and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Petition denied by unpublished per curiam opinion.

Carolyn P. Carpenter, CARPENTER LAW FIRM, Richmond, Virginia, for
Petitioner.  Jonathan L. Snare, Acting Solicitor of Labor, Steven
J. Mandel, Associate Solicitor, Paul L. Frieden, Paula Wright
Coleman, UNITED STATES DEPARTMENT OF LABOR; Jeffrey S. Shapiro,
Erin  M.  Sine,  MCGUIREWOODS  LLP,  Richmond,  Virginia,  for
Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cliff Morriss seeks review of the Administrative Review Board's decision and order dismissing his complaint of retaliatory discharge filed pursuant to 42 U.S.C. § 7622 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for the reasons stated by the Board. <u>Morriss v. United States Dep't of Labor</u>, No. 05-047 (A.R.B. Feb. 28, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>